IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


REGINALD A. BENION,                         :

       Plaintiff,                              :

vs.                                         :      CIVIL ACTION  11-0259-WS-C

DEBRA TONEY, et al.,                        :

       Defendant(s).                           :



<u>JUDGMENT</u>


      It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby

DISMISSED with prejudice.

      DONE this 24th day of July, 2012.



                  <u>s/WILLIAM H. STEELE</u>
                  CHIEF UNITED STATES DISTRICT JUDGE