IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINALD A. BENION, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION  11-0259-WS-C |
| DEBRA TONEY, et al., | : |
| Defendant(s). | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED with prejudice.

DONE this 24th day of July, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE